STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-104
consolidated with 05-36


STATE OF LOUISIANA

VERSUS

JOEL R. MCDONALD


************

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF CATAHOULA, NOS. 03-735 and 03-816,
HONORABLE LEO BOOTHE, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.


AFFIRMED IN PART, REVERSED IN PART,
AND REMANDED WITH INSTRUCTIONS.


John F. Johnson
District Attorney
Bradley R. Burget
Assistant District Attorney
4001 Carter Street, Suite 9
Vidalia, Louisiana 71373
(318) 336-5526
Counsel for:
        State of Louisiana

Edward Kelly Bauman
Louisiana Appellate Project
Post Office Box 1641
Lake Charles, Louisiana 70602-1641
(337) 491-0570
Counsel for Defendant/Appellant:
        Joel R. McDonald

**G. Paul Marx**
**Louisiana Appellate Project**
**Post Office Box 82389**
**Lafayette, Louisiana  70598-2389**
**(337) 237-2537**
**Counsel for Defendant/Appellant:**
    **Dustin K. Runyon**

SULLIVAN, Judge.

For the reasons assigned in the companion and consolidated case, *State v. Dustin K. Runyon*, 05-36 (La.App. 3 Cir. __/__/05), ___ So.2d ___, Defendant McDonald's convictions are affirmed. His sentence for second degree murder is affirmed, but his sentence for attempted second degree murder is vacated, and the case remanded for re-sentencing. The trial court is instructed that the entirety of the sentence imposed for attempted second degree murder must be served without benefit of parole, probation, or suspension of sentence.

**AFFIRMED IN PART, REVERSED IN PART, AND REMANDED WITH INSTRUCTIONS.**